

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE SECOND CIRCUIT

*For the Purpose of Determining an Application for an Ex Parte Order Authorizing the Disclosure of Tax Returns and Tax Return Information*

Pursuant to 28 U.S.C. § 294(c), having determined that it is in the public interest, I hereby designate the Honorable Lorna G. Schofield, a Senior Judge of the United States District Court for the Southern District of New York, to perform judicial duties in the United States District Court for the Northern District of New York in connection with an *ex parte* application, filed on October 2, 2025, in *In Re: In the Matter of An Application for An Ex Parte Order to Authorize Disclosure of Tax Returns and Tax Return Information*, No. 25-mc-22. This designation is for such period as is necessary for the disposition of this application. The designation is subject to extension as may further serve the public interest.

This order shall be filed under seal without prejudice to any further determination by Judge Schofield in this matter.

Dated: October 17, 2025

Debra Ann Livingston
Chief Circuit Judge
Second Circuit Court of Appeals

cc: Hon. Brenda K. Sannes, Chief U.S.D.J., Northern District of New York
Hon. Laura Taylor Swain, Chief U.S.D.J., Southern District of New York

CERTIFIED COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

October 17th, 2025